UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DEBORAH J. LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | No. 1:01-CV-169<br><br>Judge Curtis L. Collier |

## JUDGMENT ORDER

On March 29, 2006, in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) because *pro se* Plaintiff Deborah Lee ("Plaintiff") does not intend to pursue her case (Court File No. 21). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1), and Rule 72(b), and hereby **DISMISSES** Plaintiff's claims against the Commissioner of Social Security **WITH PREJUDICE**. Further, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2